| | |
|---|---|
| 1 | Michael T. Gallagher |
| | **THE GALLAGHER LAW FIRM** |
| 2 | Bank of America Center |
| | 700 Louisiana Street, 40th Floor |
| 3 | Houston, TX 77002 |
| | (713) 222-8080 |
| 4 | (713) 222-0066 facsimile |
| | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 06-7279 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Rosa Lajeno, et al.,<br>　　　　　　　Plaintiffs,<br>vs.<br>G.D. Searle & Co., et al.,<br>　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now all the Plaintiffs in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: Jan. 12, 2010　　　THE GALLAGHER LAW FIRM

By: _/s/ Michael T. Gallagher_
Michael T. Gallagher
*Attorneys for Plaintiffs*

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
EAST\42627142.1

DATED: Jan. 12, 2010     DLA PIPER LLP (US)

By: _____
Michelle W. Sadowsky
*Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 1 7 2010

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42627142.1