Michael T. Gallagher
**THE GALLAGHER LAW FIRM**
Bank of America Center
700 Louisiana Street, 40th Floor
Houston, TX 77002
(713) 222-8080
(713) 222-0066 facsimile
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

**Case No. 06-7279 CRB**

**MDL NO. 1699**
**District Judge: Charles R. Breyer**

Rosa Lajeno, et al.,

Plaintiffs,

vs.

G.D. Searle & Co., et al.,

Defendants.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Come now all the Plaintiffs in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: Jan. 12, 2010

THE GALLAGHER LAW FIRM

By: ______________________
Michael T. Gallagher
*Attorneys for Plaintiffs*

DATED: Jan. 12, 2010

DLA PIPER LLP (US)

By: ______________________
Michelle W. Sadowsky
*Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 17 2010

______________________
Hon. Charles R. Breyer
United States District Court